UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MARTINO O'BRYANT,                          )
                                           )
        Plaintiff,                         )
                                           )
    v.                                     )        Case No. 4:26-cv-00217-SRC
                                           )
TENNIS WAREHOUSE et al.,                   )
                                           )
        Defendants.                        )

## Order

Martino O'Bryant, a self-represented litigant, filed a complaint, doc. 1, and a motion for leave to proceed *in forma pauperis*, doc. 2.  The Court has reviewed the motion and finds it incomplete.  *See* doc. 2.  O'Bryant failed to indicate whether, in the past 12 months, he received income from "[b]usiness, profession, or other self-employment"; "[r]ent payments, interest, or dividends"; "[p]ension, annuity, or life insurance payments"; "[g]ifts or inheritances"; or "[a]ny other sources."  *See* doc. 2 at 1 (The Court cites to page numbers as assigned by CM/ECF.). Additionally, O'Bryant listed an $11,000 obligation to a university in both the section provided to describe his regular monthly expenses and the section provided to describe his debts.  *See id.* at 2.  It is therefore unclear whether O'Bryant accurately disclosed that obligation.

Accordingly, the Court denies, without prejudice, O'Bryant's [2] motion for leave to proceed *in forma pauperis*.  O'Bryant must, no later than July 30, 2026, either (i) pay the $405 filing fee or (ii) file a complete and accurate *in forma pauperis* application.  The Court directs the Clerk of Court to send O'Bryant a copy of the Court's standard application to proceed in district court without prepaying fees or costs.  If O'Bryant fails to comply with this order, the Court will dismiss this case without prejudice and without further notice.

So ordered this 15th day of June 2026.

_____
STEPHEN R. CLARK
CHIEF UNITED STATES DISTRICT JUDGE